UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:21-mj-00061-1-JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| SHANE KEITH CARTER, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Mai S. Shawwa is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to December 3, 2021, for the arraignment and detention hearing.

IT IS SO ORDERED.

Dated: **December 9, 2021**           **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE